United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vivian Camacho  
      Debtor

Case No. 15-18043-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jul 14, 2016  
                        Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.  
db        +Vivian Camacho,   4250 Neilson Street,   Philadelphia, PA 19124-4922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:  
        ERIK B. JENSEN   on behalf of Debtor Vivian  Camacho shanay@erikjensenlaw.com,  
         gilberto@erikjensenlaw.com;mjmecf@gmail.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...  
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,  
         james.feighan@phila.gov  
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                            TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Vivian Camacho
        Debtor(s)

Chapter: 13

Bankruptcy No: 15−18043−sr

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 13th day of July 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Stephen Raslavich
                                          Judge ,
                                          United States Bankruptcy Court

                                                                     45 – 32
                                                                 Form 155