UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

VIVIAN CAMACHO
                                                  : Bankruptcy No. 15-18043SR
      Debtor(s)                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*/s/ Stephen Raslavich*

Stephen Raslavich, B. J.

**Date: April 19, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ERIK B JENSEN ESQ
1528 WALNUT STREET
SUITE 1401
PHILADELPHIA PA 19102-

VIVIAN CAMACHO
4250 NEILSON STREET
PHILADELPHIA,PA.19124