United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18043-sr
Vivian Camacho                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2    Date Rcvd: Apr 19, 2017
                Form ID: pdf900    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.
```
db            +Vivian Camacho,    4250 Neilson Street,    Philadelphia, PA 19124-4922
13629117      +Aes/pheaa,    Pob 2461,    Harrisburg, PA 17101,    Pob 2461,    Harrisburg, PA 17105-2461
13664487       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13629120      +First Bank of Delaware,    PO Box 11743,    Wilmington, DE 19850-1743
13644666      +First National Bank of Omaha,    1620 Dodge Street Stop code 3105,    Omaha, NE 68197-0002
13629121      +First National Bank of Omaha,    103 Foulk Rd #202,    Wilmington, DE 19803-3742
13629119      +P.O. Box 85520,    Richmond, VA 23285,    Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,
                Philadelphia, PA 19102-3610
13629122     ++++PHH MORTGAGE ICE CENTER,    MAIL STOP APP4 300,    1 MORTGAGE WAY,    MOUNT LAUREL NJ  08054-4637
              (address filed with court:   PHH Mortgage ICE Center,    Mail Stop APP4 300,
                3000 Leadenhall Road,    Mount Laurel, NJ 08054)
13640628      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE,    PHFA Loan Servicing Division,
                211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 20 2017 01:26:38     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 20 2017 01:26:10
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 20 2017 01:26:22     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Apr 20 2017 01:26:38     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13635533       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 20 2017 01:29:33
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13722143       E-mail/Text: bankruptcy@phila.gov Apr 20 2017 01:26:38     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
                                                                                               TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13633086       Cap One
13629118       Cap One
13629114       Date 11/9/2015 Signature /s/ Vivian Camacho
13633082       Date 11/9/2015 Signature /s/ Vivian Camacho
13629116       Date Signature
13633084       Date Signature
13629112       IN RE: Vivian Camacho,    UNITED STATES BANKRUPTCY COURT,    EASTERN DISTRICT OF PENNSYLVANIA,
                PHILADELPHIA DIVISION,    CASE NO 15-18043,    CHAPTER 13
13633080       IN RE: Vivian Camacho,    UNITED STATES BANKRUPTCY COURT,    EASTERN DISTRICT OF PENNSYLVANIA,
                PHILADELPHIA DIVISION,    CASE NO 15-18043,    CHAPTER 13
13629113       The above named Debtor hereby verifies that the at,    knowledge.
13633081       The above named Debtor hereby verifies that the at,    knowledge.
13629115       Vivian Camacho
13633085*     +Aes/pheaa,    Pob 2461,    Harrisburg, PA 17101,    Pob 2461,    Harrisburg, PA 17105-2461
13633088*     +First Bank of Delaware,    PO Box 11743,    Wilmington, DE 19850-1743
13633089*     +First National Bank of Omaha,    103 Foulk Rd #202,    Wilmington, DE 19803-3742
13633087*     +P.O. Box 85520,    Richmond, VA 23285,    Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,
                Philadelphia, PA 19102-3610
13633090*    ++++PHH MORTGAGE ICE CENTER,    MAIL STOP APP4 300,    1 MORTGAGE WAY,    MOUNT LAUREL NJ  08054-4637
              (address filed with court:   PHH Mortgage ICE Center,    Mail Stop APP4 300,
                3000 Leadenhall Road,    Mount Laurel, NJ 08054)
                                                                                 TOTALS: 11, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: Apr 19, 2017
                              Form ID: pdf900          Total Noticed: 15
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2017 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Vivian   Camacho john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

VIVIAN CAMACHO
                                              : Bankruptcy No. 15-18043SR
        Debtor(s)                             : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: April 19, 2017**

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ERIK B JENSEN ESQ
1528 WALNUT STREET
SUITE 1401
PHILADELPHIA PA 19102-

VIVIAN CAMACHO
4250 NEILSON STREET
PHILADELPHIA,PA.19124