# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| | **:** |
| **Vivian Camacho** | **: Bankruptcy No. 15-18043-SR** |

## CERTIFICATION OF NO OBJECTION TO MOTION TO RECONSIDER DISMISSAL OF CASE

I, Erik B. Jensen, Esq, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the MOTION TO RECONSIDER DISMISSAL OF CASE has been served upon me.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

Respectfully submitted,

DATE: May 23, 2017

/s/ Erik B. Jensen, Esq
Erik B. Jensen, P.C.
Attorney for the Debtor
1528 Walnut Street, Suite 1401
Philadelphia, PA 19102
215-546-4700