IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Vivian Camacho | : | |
| | : | |
| | : | BANKRUPTCY NO.: 15-18043 SR |

**ORDER**

AND NOW, to wit this _____ day of _____, 2017, upon consideration of Debtors' Motion to Reconsider Order Dismissing Debtor, it is hereby

ORDERED and DECREED that the Motion is GRANTED and the Order Dismissing Debtor from Bankruptcy is hereby VACATED.

**Dated: May 24, 2017**

_____
HONORABLE STEPHEN RASLAVICH
U.S. BANKRUPTCY JUDGE

Erik B. Jensen, Esq.
1528 Walnut St., Suite 1401
Philadelphia, PA 19102

U.S. Trustee Office
833 Chestnut St., Suite 500
Philadelphia, PA 19106

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

Vivian Camacho
4240 Neilson St.
Philadelphia, PA 19124