United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18043-sr
Vivian Camacho                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 1            Date Rcvd: May 25, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db          +Vivian Camacho,   4250 Neilson Street,   Philadelphia, PA 19124-4922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
          ERIK B. JENSEN    on behalf of Debtor Vivian  Camacho john@erikjensenlaw.com,
           regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
           dmaurer@pkh.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Vivian Camacho | : | |
| | : | |
| | : | BANKRUPTCY NO.: 15-18043 SR |

**ORDER**

AND NOW, to wit this _____ day of _____, 2017, upon consideration of Debtors' Motion to Reconsider Order Dismissing Debtor, it is hereby

ORDERED and DECREED that the Motion is GRANTED and the Order Dismissing Debtor from Bankruptcy is hereby VACATED.

**Dated: May 24, 2017**

_____
HONORABLE STEPHEN RASLAVICH
U.S. BANKRUPTCY JUDGE

Erik B. Jensen, Esq.
1528 Walnut St., Suite 1401
Philadelphia, PA 19102

U.S. Trustee Office
833 Chestnut St., Suite 500
Philadelphia, PA 19106

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

Vivian Camacho
4240 Neilson St.
Philadelphia, PA 19124