**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| Vivian Camacho | : |
| Debtor | : CHAPTER 13 |
| | : |
| US BANK NATIONAL ASSOCIATION, AS | : |
| TRUSTEE FOR THE PENNSYLVANIA | : |
| HOUSING FINANCE AGENCY | : |
| | : BANKRUPTCY NO.: 15-18043 JKF |
| | : |
| Movant | : |
| v. | : |
| | : |
| | : |
| Vivian Camacho | : |
| Respondent | : |

**DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)**

Debtor, by his attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represent that:

1. - 4.   Admitted.

5.   Denied. Moving states a conclusion of law to which no response is required.

6. - 8.   Denied.  Debtor intends to cure all arrears owed.

9. – 10.   Denied. Moving states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: 11/19/2017        Respectfully submitted.

/S/ Erik B. Jensen
Erik B. Jensen, Esq.