# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vivian Camacho aka Vivian Camacho- Roman<br>Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY<br>Movant<br>vs. | NO. 15-18043 JKF |
| Vivian Camacho aka Vivian Camacho- Roman<br>Debtor(s)<br><br>Frederick. L. Reigle<br>Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 2nd day of February, 2018 at Philadelphia, ~~upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead~~, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4250 Neilson Street, Philadelphia, PA 19124 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.

Jean K. FitzSimon

Vivian Camacho aka Vivian Camacho- Roman
4250 Neilson Street
Philadelphia, PA 19124

Erik B. Jensen Esq.
1528 Walnut Street (VIA ECF)
Suite 1401
Philadelphia, PA 19102


Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532