UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

VIVIAN CAMACHO

                                                           : Bankruptcy No. 15-18043JKF
Debtor(s)                     : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: May 8, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST   SUITE 1920
PHILADELPHIA PA 19102-3509

VIVIAN CAMACHO
4250 NEILSON STREET
PHILADELPHIA, PA 19124