United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18043-jkf
Vivian Camacho                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: May 09, 2019
                              Form ID: pdf900           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db         +Vivian Camacho,    4250 Neilson Street,    Philadelphia, PA 19124-4922
13629117   +Aes/pheaa,    Pob 2461,    Harrisburg, PA 17101,    Pob 2461,    Harrisburg, PA 17105-2461
13664487    ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13629120   +First Bank of Delaware,    PO Box 11743,    Wilmington, DE 19850-1743
13644666   +First National Bank of Omaha,    1620 Dodge Street Stop code 3105,    Omaha, NE 68197-0002
13629121   +First National Bank of Omaha,    103 Foulk Rd #202,    Wilmington, DE 19803-3742
13629119   +P.O. Box 85520,    Richmond, VA 23285,    Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,
             Philadelphia, PA 19102-3610
13629122    PHH Mortgage ICE Center,    Mail Stop APP4 300,    3000 Leadenhall Road,    Mount Laurel, NJ 08054
13640628   +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE,    PHFA Loan Servicing Division,
             211 North Front Street,    Harrisburg, Pennsylvania 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:37      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:04
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:37      City of Philadelphia,
             Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13635533    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2019 02:54:40
             American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
             Oklahoma City, OK  73124-8848
13722143    E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:37      City of Philadelphia,
             Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13633086      Cap One
13629118      Cap One
13629114      Date 11/9/2015 Signature /s/ Vivian Camacho
13633082      Date 11/9/2015 Signature /s/ Vivian Camacho
13629116      Date Signature
13633084      Date Signature
13629112      IN RE: Vivian Camacho,    UNITED STATES BANKRUPTCY COURT,    EASTERN DISTRICT OF PENNSYLVANIA,
               PHILADELPHIA DIVISION,    CASE NO 15-18043,    CHAPTER 13
13633080      IN RE: Vivian Camacho,    UNITED STATES BANKRUPTCY COURT,    EASTERN DISTRICT OF PENNSYLVANIA,
               PHILADELPHIA DIVISION,    CASE NO 15-18043,    CHAPTER 13
13629113      The above named Debtor hereby verifies that the at,    knowledge.
13633081      The above named Debtor hereby verifies that the at,    knowledge.
13629115      Vivian Camacho
13633083      Vivian Camacho
13633085*    +Aes/pheaa,    Pob 2461,    Harrisburg, PA 17101,    Pob 2461,    Harrisburg, PA 17105-2461
13633088*    +First Bank of Delaware,    PO Box 11743,    Wilmington, DE 19850-1743
13633089*    +First National Bank of Omaha,    103 Foulk Rd #202,    Wilmington, DE 19803-3742
13633087*    +P.O. Box 85520,    Richmond, VA 23285,    Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,
               Philadelphia, PA 19102-3610
13633090*     PHH Mortgage ICE Center,    Mail Stop APP4 300,    3000 Leadenhall Road,    Mount Laurel, NJ 08054
                                                                                   TOTALS: 12, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: May 09, 2019
                              Form ID: pdf900           Total Noticed: 15
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:

```
ERIK B. JENSEN    on behalf of Debtor Vivian  Camacho akeem@jensenbagnatolaw.com,
 gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
 dmaurer@pkh.com;mgutshall@pkh.com
PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
 karena.blaylock@phila.gov
POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
 ecf_frpa@trustee13.com
POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
 ecf_frpa@trustee13.com
REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
 bkgroup@kmllawgroup.com
SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :

VIVIAN CAMACHO

                                             : Bankruptcy No. 15-18043JKF
      Debtor(s)                     : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

       AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       ORDERED, that any wage orders are hereby vacated.

**Date: May 8, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST   SUITE 1920
PHILADELPHIA PA 19102-3509

VIVIAN CAMACHO
4250 NEILSON STREET
PHILADELPHIA, PA 19124